IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

VINCENT J. BAZEMORE, JR.,
    Plaintiff,

v.

USAA SAVINGS BANK,
    Defendant.

2:16-CV-02852 DSF(PLAx)

Case No. _____

## COMPLAINT

### I. INTRODUCTION

Plaintiff Vincent J. Bazemore, Jr. (" Bazemore "), files this complaint alleging that Defendant violated the **Fair Credit Reporting Act** (F.C.R.A.) and respectfully shows the Court the following:

### II. JURISDICTION AND VENUE

This Court has Federal question jurisdiction over this action pursuant to 28 U.S.C. § 1331 because this is a Civil Action arising out of the violation of Federal Laws. Venue is proper because a substantial part of the events giving rise to Plaintiff's claims occurred in this judicial district.

### III. APPLICABLE LAW

Congress enacted the F.C.R.A., 15 U.S.C. §§ 1681-1681(x) in 1970 " to ensure fair and accurate credit reporting, promote consumer privacy. " Safe Co. Ins. Co. of Am v. Burr, U.S. 47, 50, 127 S.Ct. 2201, 167 L.Ed.2d 1045 (2007). As an important means to this end, the Act sought to make consumer reporting agencies exercise this grave responsibilities in assembling and evaluating consumers credit, and desseminating information about consumers

1 credit with fairness, impartiality, and a respect for the consumers right to
2 privacy. See 15 U.S.C. § 1681(a)(4). In addition to ensure that credit reports
3 are accurate, the F.C.R.A. imposes some duties on sources, called
4 " furnishers " that provide credit information to Credit Reporting Agencies
5 USAA Savings Bank         is a furnisher that provides credit information
6 to Credit Reporting Agencies.
7
8 IV.  CLAIM
9     Bazemore submits that Defendant violated 15 U.S.C. § 1681(s)-2(b), and
10 15 U.S.C. § 1681(o) . Bazemore was the victim of identity theft, when someone
11 used his USAA Savings Bank Credit Card. Bazemore notified TransUnion and gave
12 TransUnion a copy of the police report. TransUnion forwarded the police report
13 to Pentagon Federal Credit Union. However, Pentagon Federal Credit Union
14 failed to take action and is still reporting the inaccurate information on
15 Bazemore's credit report. USAA Savings Bank      had reasonable cause
16 to believe that Bazemore was the victim and the information reported was
17 incorrect, because Bazemore was incarcerated at the time the purchases were
18 made. USAA Savings Bank         acted with willful or negligence non-
19 compliance in violation of the Fair Credit Reporting Act.
20
21 V. DAMAGES
22     Plaintiff seeks the maximum statutory damages under F.C.R.A.
23 (15 U.S.C. § 1681) of $1,000; $1,000 for violating California Civil Code
24 § 1785.25(a), and $1,000 under the F.R.D.C.P.A. California Civil Code
25 § 1788.17 for a total of $3,000.
26
27 Dated: April 10. 2016                Respectfully Submitted,
28                                      _____Vincent Bazemore_____

Vincent Bazemore
Reg No. 37160-177
Federal Correctional Inst.
Victorville Medium-II
Post Office Box 3850
Adelanto, California 92301



SN BERNARDINO CA 924
20 APR 2016 PM 7 L

Clerk of the Court
United States District Court
312 North Spring Street
Room G-8
Los Angeles, California 90012

RECEIVED
CLERK, U.S. DISTRICT COURT
APR 22 2016
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

9001220957B